United States District Court
Southern District of Texas

**ENTERED**

April 10, 2026

Nathan Ochsner, Clerk

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| KELVIN ALEJANDRO MARQUEZ-GOMEZ,<br>Petitioner, | § § § § § | CIVIL ACTION NUMBER<br>4:26-cv-01557 |
| versus | § § § | JUDGE CHARLES ESKRIDGE |
| RAY THOMPSON, *et al*,<br>Respondents. | § § | |

### FINAL JUDGMENT

This action is DISMISSED WITH PREJUDICE for the reasons stated in the Order on Dismissal entered this same date.

The Clerk of Court is DIRECTED to close the case.

This is a FINAL JUDGMENT.

SO ORDERED.

Signed on April 10, 2026, at Houston, Texas.

_____
Honorable Charles Eskridge
United States District Judge